NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

SETH ARNETT BRUNSON, JR.,  )
          )
   Appellant,    )
          )
v.          )   Case No. 2D18-2653
          )
STATE OF FLORIDA,    )
          )
   Appellee.    )
_____)

Opinion filed October 25, 2019.

Appeal from the Circuit Court for Polk
County; Neil A. Roddenbery, Judge.

Howard L. Dimmig, II, Public Defender,
and Richard Sanders, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katherine Coombs
Cline, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


     Affirmed.


NORTHCUTT, BLACK, and SALARIO, JJ., Concur.